**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**
John Joseph Moakley U.S. Courthouse

**Appeals from interlocutory orders that denied Plaintiff's November 1, 2022 motion to reconsider; January 30, 2023 motion under Rules 60(b)(1) and 60(b)(6); and January 31, 2023 motion under Rule 60(b)(6).**

Issued on December 29, 2022, February 1, 2023, and February 2, 2023. In the case 3:19-cv-30056-MGM filed on April 22, 2019 at the Springfield (Western) Divisional Office of the United States District Court for the District of Massachusetts.

**USCA Cases Nos. 23-1119, 23-1142, and 23-1143**

**Jane Doe,**
*Plaintiff-Appellant,*

v.

**UMass-Amherst and twelve other defendants,**
*Defendants-Appellees.*

**Dated July 17, 2023**

**MOTION TO STAY BRIEF'S FILING DUE DATE**
**UNTIL CONSOLIDATION MOTION IN APPEAL 23-1118 IS RESOLVED**

Recently, in connection with her other two proceedings litigated in parallel with her appeals at this Court, Appellant found herself in an untenable precarious situation where her ability to meet court deadlines was threatened. Consequently, despite the warning in this Court's June 8, 2023 order (i.e., "We are disinclined to

grant a request for further enlargement of this deadline."), Appellant had little choice but to attempt to move again this Court to extend her brief's due date, which she did by mailing on July 3, 2023 an emergency motion to extend that date from July 10, 2023 to July 31, 2023. On July 11, 2023, this emergency request was granted.

As of now, after taking the time to think over this Court's June 26, 2023 order in the case 23-1118, Appellant would rather move the Court to stay the new deadline (extended to July 31, 2023) to file the brief expected in the consolidated three cases 23-1119, 23-1142, and 23-1143 until such time as the renewed motion to consolidate that she mailed along with this motion (for filing in the case 23-1118) has been addressed. Appellant is attempting to make this new move only to simplify her task since, should the further consolidation with the case 23-1118 that she is now seeking again be granted, she would have just one brief (which would present four issues for review) to prepare while handling at this Court solely one appeal case.

Importantly, Appellant would like to apprise this Court that when she mailed on June 3, 2023 her emergency motion for a third time extension (which incidentally she had written the day before), she was still not aware of this Court's latest order entered on June 26, 2023 in the case 23-1118 and of which a copy had been mailed to her on June 27, 2023. In fact, for reasons beyond her control, Appellant was not apprised of the content of this mail before July 5, 2023. Appellant hopes that it will now make sense why, on July 3, 2023, instead of mailing the present motion

2

accompanied with a consolidation motion to be filed in the case 23-1118, she mailed the aforesaid emergency motion for a third time extension.

Wherefore, while moving the Court to stay the July 31, 2023 deadline until her consolidation motion in the appeal case 23-1118 is ruled upon, Appellant extends her sincerest apologies for her July 3, 2023 emergency motion as well as her delay in submitting the present motion (that results from an avalanche of vital and complex legal filings she has had to prepare and submit in two other proceedings since July 5, 2023). And Appellant swears under the pains and penalties of perjury that these unfortunate acts are absolutely not parts of a dilatory tactic.

Respectfully submitted,
/s/ Jane Doe

**Certificate of Service**

On July 17, 2023, Appellant hereby certifies that on the same day she served the instant motion by mailing a printed copy of it via U.S.P.S. regular mail to the Clerk's office of the U.S. Court of Appeals located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210. Subsequently, Appellant emailed a digital copy of the exact same document to the opposing parties' counsels, namely, Atty. Mark Johnson, Assistant Attorney General Hannah Vail, and Atty. Deborah Ecker.

Respectfully submitted,
/s/ Jane Doe

Jane Doe
813 North Pleasant St.
Amherst, MA 01003




Retail

U.S. POSTAGE PAID
FCM LG ENV
AMHERST, MA 01002
JUL 17, 2023
$1.83
R2304M111243-10

RDC 99          02210

USMS SCREENED

John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Case: 23-1119    Document: 00118031921    Page: 5    Date Filed: 07/19/2023    Entry ID: 6580383