# United States Court of Appeals
## For the First Circuit

Nos.  23-1119
      23-1142
      23-1143

JANE DOE,

Plaintiff - Appellant,

v.

UNIVERSITY OF MASSACHUSETTS-AMHERST, a public educational institution of more than 300 employees; DR. DEREK LOVLEY, an individual; DR. TOSHIYUKI UEKI, an individual; DR. JOHN LOPES, an individual; JOY WARD, an individual; CHIEF SCOTT LIVINGSTONE, an individual; DR. KUMBLE SUBBASWAMY, an individual; SERGEANT JONATHAN HALL, an individual; KARLEE DRUMGOOL, an individual; DR. CYNTHIA GERSTL-PEPIN, an individual; SEAN REGAN, an individual; CHIEF TYRONE PARHAM, an individual; ATTORNEY RANDALL E. SMITH, an individual,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 7, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Jane Doe to file a brief be enlarged to and including **July 10, 2023**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Maria R. Hamilton, Clerk

cc:
Denise Barton
Jane Doe
Deborah I. Ecker
Mark Alden Johnson
Hannah Vail