# United States Court of Appeals
## For the First Circuit

Nos.   23-1119
      23-1142
      23-1143

JANE DOE,

Plaintiff - Appellant,

v.

UNIVERSITY OF MASSACHUSETTS-AMHERST, a public educational institution of more than 300 employees; DR. DEREK LOVLEY, an individual; DR. TOSHIYUKI UEKI, an individual; DR. JOHN LOPES, an individual; JOY WARD, an individual; CHIEF SCOTT LIVINGSTONE, an individual; DR. KUMBLE SUBBASWAMY, an individual; SERGEANT JONATHAN HALL, an individual; KARLEE DRUMGOOL, an individual; DR. CYNTHIA GERSTL-PEPIN, an individual; SEAN REGAN, an individual; CHIEF TYRONE PARHAM, an individual; ATTORNEY RANDALL E. SMITH, an individual,

Defendants - Appellees.

**ORDER OF COURT**

Entered: June 23, 2023
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of plaintiff-appellant Jane Doe's motion for leave to substitute the motion for supplemental time extension to file brief, the motion are granted. Appellant's tendered substituted motion attached to the motion for leave to file a substituted motion is accepted for filing on this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jane Doe
Mark Alden Johnson
Denise Barton
Deborah I. Ecker
Hannah Vail